JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SUMMA,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDEX CORPORATE SERVICES, INC. and DOES 1 through 100, inclusive,<br><br>        Defendants. | **Case No.**<br>**2:13-cv-05124-FMO-SH**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 17, 2013<br><br>Trial Date: September 16, 2014 |

In accordance with the parties' Stipulation of Dismissal with Prejudice submitted pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated this 8th day of May, 2014.

                                                    /s/              .
                                        Hon. Fernando M. Olguin